NEW YORK COUNTY.—HON. D. G. ROLLINS, SURRO-
GATE.—October, 1884.

KOCH v. ALKER.

*In the matter of the estate of* THADDEUS H. LANE,
*deceased.*

In a special proceeding, instituted under Code Civ. Pro., § 2717, to compel
    payment of an alleged claim against a decedent's estate, an objection,
    properly interposed, whereby it is insisted that the demand is excessive
    in amount, necessitates a dismissal of the petition,—the issue so raised
    being one which the Surrogate's court has no authority to determine.

PETITION by Joseph Koch to compel Henry Alker
and another, administrators of decedent's estate, to
pay his claim.   The facts appear sufficiently in the
opinion.

JOSEPH KOCH, *petitioner, in person.*

HENRY ALKER, *for respondents.*

THE SURROGATE.—On the hearing of this applica-
tion, the respondent's counsel, while disavowing any
purpose to question, in other respects, the claim of
the petitioner, insisted that it was excessive in
amount.   If this objection shall be presented in the
form of a verified answer, the claim must necessarily
be treated as a disputed one, and, as such, one which
the Surrogate has no authority to determine.   The
respondent will be afforded an opportunity to inter-
pose such a verified answer, embodying his objection
to the petitioner's claim.

In default of such answer, an order must be entered directing payment.